# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR20 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANGELO MARQUIS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Angelo Marquis Brown (Brown) (Filing No. 20). Mr. O'Connor represents he has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 20) is granted.

James J. Regan, 6035 Binney Street, Suite 100, Omaha, NE 68104, (402) 341-2020, is appointed to represent Brown for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Brown's defense.

The clerk shall provide a copy of this order to Mr. Regan, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 25th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge