IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR20 |
| vs. | ) | |
| | ) | ORDER |
| ANGELO MARQUIS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's unopposed Motion to Continue Trial [26] due to counsel's commitment to begin trial before the Honorable Joseph F. Bataillon. Good cause being shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for May 13, 2014 is continued to **June 10, 2014.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

**DATED April 24, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**